GIUSEPPE FALCO and Another, Appellants, v. ZURICH GENERAL ACCIDENT AND LIABILITY INSURANCE COMPANY, LTD., Respondent.— Judgment affirmed, with costs. No opinion. Jaycox, Manning and Kapper, JJ., concur; Young, J., dissents, with the following memorandum: If defendant unjustly refused to defend the action brought against plaintiff, then plaintiff has a cause of action for damages resulting from this breach of contract, which is not affected by condition G of the policy. In such an action recovery can be had for all the damage caused by the breach, regardless of the amount specified in the policy. I think the complaint is good (*McAleenan* v. *Massachusetts Bonding & Ins. Co.*, 232 N. Y. 199); with whom Kelly, P. J., concurs.

ALBERT GARAGE Co., INC., Respondent, v. JAMES J. COAN and Others, Appellants.— Motion for stay granted on condition that the appeal be brought on for argument on Monday, March 1, 1926. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

BERFEL REALTY CORPORATION, Respondent, v. ABRAHAM SYKES, Appellant.— Motion for reargument denied, with ten dollars costs. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

ALBERT E. BERGIN, Appellant, v. JOHN R. ANDERSON, Respondent.— Motion for reargument denied. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

BENJAMIN BOROWITZ and Another, Respondents, v. PETER SCALISE, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable appellant to apply to the Court of Appeals. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

ISIDORE M. EISENSTADT and Another, Appellants, v. ELIAS BUILDING CORPORATION, Respondent.— Motion to dismiss appeal granted. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.